THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARILYN ELIZABETH SHELTON,

    Plaintiff,

v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

3:16-CV-1434
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 4th DAY OF OCTOBER, 2017, upon review of Magistrate Judge Saporito's Report & Recommendation ("R&R") (Doc. 19) for clear error or manifest injustice,[1] **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 19) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** for further proceedings consistent with this Order. The Commissioner is further directed to "reopen and fully develop the record before rendering a ruling" on Plaintiff's claim. *See Thomas v. Comm'r of Soc. Sec.*, 625 F.3d 798, 800 (3d Cir. 2010).

4. The Clerk of Court is directed to **CLOSE** this case.

                                                            _____
                                                            Robert D. Mariani
                                                            United States District Judge

---

[1] The Government advised the Court that it waives the opportunity to object to this Report and Recommendation. (*See* Doc. 20).